```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 34381
    CYNTHIA EILEEN COBB
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8261


-------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/29/2005 and was confirmed 10/27/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 12/26/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED               350.00       11.62        350.00
DELL FINANCIAL SERVICES   SECURED               500.00       11.35        500.00
DELL FINANCIAL SERVICES   UNSEC W/INTER NOT FILED              .00           .00
HARLEM FURNITURE          SECURED                  .00         .00           .00
HARLEM FURNITURE          UNSEC W/INTER NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY      NOT FILED              .00           .00
ADVOCATE CHRIST MEDICAL   UNSEC W/INTER NOT FILED              .00           .00
MEDICAL PAYMENT DATA MRS  NOTICE ONLY   NOT FILED              .00           .00
ADVOCATE CHRIST MEDICAL   UNSEC W/INTER NOT FILED              .00           .00
TRS SERVICES              UNSEC W/INTER NOT FILED              .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER     227.58           21.50        227.58
CAPITAL ONE               UNSEC W/INTER     787.85           72.86        787.85
CARSON PIRIE SCOTT        UNSEC W/INTER NOT FILED              .00           .00
CARSON PIRIE SCOTT        UNSEC W/INTER NOT FILED              .00           .00
CPRS THE LIGHTERSIDE CO   UNSEC W/INTER NOT FILED              .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    1220.30          100.06       1220.30
INTERNATIONAL MASTERS PU  UNSEC W/INTER NOT FILED              .00           .00
HUMANA MICHAEL REESE HOS  UNSEC W/INTER NOT FILED              .00           .00
PREMIUM ASSET RECOVERY C  NOTICE ONLY   NOT FILED              .00           .00
CERTEGY                   UNSEC W/INTER NOT FILED              .00           .00
TRS SERVICES              UNSEC W/INTER NOT FILED              .00           .00
PRENTICE NORTHWESTERN HO  UNSEC W/INTER NOT FILED              .00           .00
D&B RMS                   UNSEC W/INTER NOT FILED              .00           .00
ISAC                      UNSEC W/INTER   12732.77         1207.54      12732.77
ECAST SETTLEMENT CORP     UNSEC W/INTER     712.51           58.94        712.51
SEARS DENTAL CARE PARTNE  UNSEC W/INTER NOT FILED              .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     922.10           75.41        922.10
LVNV FUNDING              NOTICE ONLY   NOT FILED              .00           .00
SWISS COLONY              UNSEC W/INTER NOT FILED              .00           .00
UNITED RETAIL GROUP       UNSEC W/INTER NOT FILED              .00           .00
VERIZON                   UNSEC W/INTER NOT FILED              .00           .00
WELLS FARGO FINANCIAL     UNSEC W/INTER NOT FILED              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 34381 CYNTHIA EILEEN COBB
```

```
WORLD FINANCIAL NETWORK   UNSEC W/INTER    3602.54           427.45       3602.54
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                         1,526.39
DEBTOR REFUND             REFUND                                          2,003.58

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  29,272.35

PRIORITY                                            .00
SECURED                                          850.00
    INTEREST                                      22.97
UNSECURED                                     20,205.65
    INTEREST                                   1,963.76
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,526.39
DEBTOR REFUND                                  2,003.58
                         ---------------    ---------------
TOTALS                   29,272.35           29,272.35
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 09/11/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```